OFFICE OF THE ATTORNEY GENERAL OF TEXAS
AUSTIN



January 8, 1942

GERALD C. MANN
ATTORNEY GENERAL

Honorable E. L. Shelton
County Auditor, Johnson County
Cleburne, Texas

Dear Sir:

Re:  Opinion Request No. O-4308

We have your letter of recent date, requesting the opinion of this Department on the following question: "Can a Commissioners' Court issue time warrants for machinery beyond the term of office of the commissioner?"

Before we can answer your inquiry, it will be necessary that you furnish us with additional information. It is stated in your letter "A tax levy is attempted to be set up but it comes out of the special road levy and does not cover a county-wide levy, although on its face it may appear to be a county-wide levy."

Please give us detailed information concerning this statement.  Also give us complete information concerning the following statement in your letter:  "And not only out of the special road levy but out of the portion set aside for the particular precinct."

Thanking you for your attention to this matter, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By  Ardell Williams

Ardell Williams
Assistant

AW:AMM